In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-496 CV


____________________



ANTHONY BORING, Appellant



V.



CITY OF DAYTON, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. CV 66076






MEMORANDUM OPINION (1)


 On April 7, 2005, we abated the appeal for sixty days and warned the parties that
the appeal would be dismissed unless a final judgment was signed by the trial court. As
of today, we have not been notified of the entry of judgment. The order of abatement is
therefore withdrawn. Neither a judgment nor an appealable order has been signed. 
Subject to certain statutory exceptions not applicable in this case, only final judgments are
appealable. Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012, 51.014 (Vernon 1997 &
Supp. 2005). The appeal is dismissed for lack of jurisdiction. Tex. R. App. P. 42.3.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered June 30, 2005 

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.